UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-29-MOC

| | | |
|---|---|---|
| **A. BURTON SHUFORD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES M. HARMON,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Second Motion to Reissue Order for Service. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Second Motion to Reissue Order for Service (#15) is **GRANTED**, and the Clerk of Court is respectfully instructed to send via certified mail copies of the Order Recommending Withdrawal of Reference (#1), the Order of Contempt Against James M. Harmon (#2), and this Order to Mr. Harmon at the following address:

18823 Vineyard Point Lane
Cornelius, N.C. 28831

**IT IS FURTHER ORDERED** that in addition to certified mail service of these pleadings by the Clerk of Court, the **United States Marshal** is respectfully instructed to

-1-

personally serve James M. Harmon utilizing the address supplied above by the United States Attorney.

Signed: July 12, 2018

Max O. Cogburn Jr
United States District Judge